In the Matter of the Claim of CHARLES CORDES, Respondent, against HYNES BAKING COMPANY, INC., Respondent, and MARTHA J. DROZD et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Argued February 25, 1942; decided April 16, 1942.

*Julius J. Rosenberg* and *Lawrence E. Hoffman* for appellants.

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* and *Joseph A. McLaughlin* of counsel), for State Industrial Board, respondent.

*Samuel Davis* and *Hyman Eller* for Hynes Baking Company, Inc., respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.